

# In the Missouri Court of Appeals
# Eastern District

MARCH 24, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED101039     WILLIAM CARSON, APP V STATE OF MISSOURI, RES

2.      ED101130 STATE OF MISSOURI, RES V NICHOLAS NETTLES, APP

3.      ED101164 STATE OF MISSOURI, RES V LORENZO SMOTHERMAN, APP

4.      ED101177 STATE OF MISSOURI, RES V CASITDEL WOOTEN, APP

5.      ED101362 STATE OF MISSOURI, RES V JESSIE B. MANN, APP

6.      ED101824 LONNIE SNELLING, APP V RUSSELL RUTHERFORD, RES

7.      ED102053 A.A.P., RES V A.N.S., APP